1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DAVID ANTHONY FALLON,

11          Plaintiff,                    2:06-cv-1601-GEB-DAD-PS

12      vs.

13  UNITED STATES GOVERNMENT,

14          Defendant.                    ORDER

15  _____/

16          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17  referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18          On October 3, 2006, the magistrate judge filed findings and recommendations

19  herein which were served on plaintiff and which contained notice to plaintiff that any objections

20  to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

21  objections to the findings and recommendations.

22          The court has reviewed the file and finds the findings and recommendations to be

23  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24  ORDERED that:

25  /////

26  /////

1

1          1.  The findings and recommendations filed October 3, 2006, are adopted in full;

2  and

3          2.  This matter is dismissed for lack of subject matter jurisdiction.  See Fed. R.

4  Civ. P. 12(h) (3).

5  Dated:  November 3, 2006

6

7                                GARLAND E. BURRELL, JR.

8                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26